UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Full Caption in District Court:

MOHAMED BARRY

(Plaintiff)

DEPORTATION OFFICER RODY
ZAMAR, et al.,

(Defendant)

Docket No.: Case No. 19-10216 (EP) (LDW)

Judge: Hon. Evelyn Padin, U.S.D.J.

**Notice of Appeal to the
U.S. Court of Appeals for the
Third Circuit**

Notice is hereby given that  PLAINTIFF, MOHAMED BARRY
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from

[ ] Judgment, [X] Order, [ ] Other  Granting Summary Judgment
(Specify)
of the United States District Court, District of New Jersey, entered in this action on
10/3/22
.
(Date)

Dated: 11/3/22

Rasheedah Terry, Esq.  -Attorney for Appellant

409 Halsey Street
Street

Newark, New Jersey 07102
City, State, Zip

862-576-8995
Telephone